THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Kenneth Lewis, Appellant.
 
 
 

Appeal From Dorchester County
James C. Williams, Circuit Court Judge
Unpublished Opinion No. 2008-UP-053
Submitted January 1, 2008  Filed January 14, 2008    

APPEAL DISMISSED

 
 
 
 Assistant
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliot, all of Columbia; and Solicitor David M. Pascoe, Jr., of Dorchester, for
 Respondent.
 
 
 

PER
 CURIAM:  Kenneth Lewis appeals his conviction for assault and
 battery with intent to kill and sentence of twenty years imprisonment, arguing
 the trial court erred by admitting his second videotaped and written statement
 to police.  After a thorough review of
 the record, counsels brief, and Lewiss pro se brief, pursuant
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss Lewiss appeal and grant counsels motion to be relieved.[1] 
APPEAL DISMISSED.
HEARN, C.J.,
 KITTREDGE and THOMAS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.